# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11cv01260 LJO DLB |
| | ) | |
| Petitioner, | ) | **ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES** |
| v. | ) | |
| PAUL DICICCO, | ) | **Date:** September 23, 2011 |
| | ) | **Time:** 9:00 a.m. |
| | ) | **Courtroom:** 9 |
| Respondent. | ) | |

Upon review of Petitioner United States of America's Verified Petition to Enforce Internal Revenue Service Summonses and the Memorandum of Points and Authorities filed in support of the petition,

IT IS HEREBY ORDERED that Respondent Paul DiCicco ("Respondent") appear before the United States District Court for the Eastern District of California, in Courtroom 9, on the 23rd day of September, 2011, at 9:00 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service summonses served upon him on February 16, 2011, and attached to Petitioner's Verified Petition.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summonses, the Memorandum of Points and Authorities and Declaration of David Lopez filed in support of the petition, shall be served upon Respondent on or before August 15, 2011.

IT IS HEREBY FURTHER ORDERED that within 21 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Verified Petition to Enforce Internal Revenue Service Summonses, supported by appropriate declaration(s), as well as any motions the Respondent desires to make.  The United States may file a reply within 14 days from the date of service of Respondent's response, but no later than September 19, 2011.  All motions and issues raised by the Respondent will be considered on the return date of this Order, and any uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summonses will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.  If the summons is enforced, the Court should retain jurisdiction to enforce its order by its contempt power.

IT IS SO ORDERED.

Dated:   **August 2, 2011**                              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE