# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-11-1260 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| PAUL DiCICCO, | |
| Defendant. | |

On September 26, 2011, plaintiff filed notice that defendant had complied with the IRS summons which was the subject of the above action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   September 27, 2011**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1